IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DENNIS RAY LATNEY                                                           PLAINTIFF

VS.                                                      CIVIL ACTION NO. 4:08cv111 TSL-LRA

SHERIFF TODD KEMP, et al.                                              DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the report and recommendation of United States magistrate judge entered in this cause on May 17, 2010, and the court, after a full review of the record, having adopted said report and recommendation as the finding of this court by order dated this day, finds that this matter should be dismissed without prejudice due to plaintiff's failure to prosecute.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above described action be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the  7th  day of  June, 2010.


/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE